BEFORE THE THIRD DIVISION, DECEMBER 3, 1962

No. 67239.—Arnart Imports, Inc. *v.* United States, protest 60/28434 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.